ANDREAS THALASSINOS, Respondent, v. GOLDIE K. THALASSINOS, Appellant.— Motion to restore to motion calendar appellant's motion for reargument or, in

the alternative, for leave to appeal to the Court of Appeals granted. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ. [See *ante*, p. 807.]